<u>**IN THE COURT OF APPEALS OF TENNESSEE**</u>

<u>**AT KNOXVILLE**</u>

FILED

April 16, 1999

Cecil Crowson, Jr.
Appellate Court
Clerk

| | |
|---|---|
| STATE OF TENNESSEE, DEPARTMENT OF CHILDREN'S SERVICES, | ) CARTER CIRCUIT )  )  ) |
| Petitioner/Appellant | ) NO. 03A01-9807-CV-00233 ) |
| v. | ) HON. THOMAS J. SEELEY, JR. ) JUDGE |
| STEPHEN PAUL GALVIN and VALERIE MARIE MEDINA GALVIN, | )  )  )  ) |
| Respondent/Appellee | )  ) |
| IN THE MATTER OF: Selena Yelitza Galvin (d.o.b. 5/9/91) Zachary Stephen Galvin (d.o.b. 3/10/94) | )  )  )  ) |
| | ) REVERSED |

---
**J U D G M E N T**

The appeal came on to be heard upon the record from the Circuit Court of Carter County and briefs filed on behalf of the respective parties. Upon consideration thereof, this Court is of the opinion that the judgment of the trial court should be reversed.

It is, therefore, ORDERED and ADJUDGED by this Court that the judgment of the trial court is reversed. The case is remanded to the Circuit Court of Carter County for further proceedings in accordance with the opinion of this Court and for collection of costs pursuant to applicable law. Costs are assessed to the appellee and its surety, for which execution may issue, if necessary.

PER CURIAM